07 C 6843

JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN

# EXHIBIT 1

*LIBRARY OF CONGRESS*

# Copyright Office of the United States

*WASHINGTON, D.C.*

## ADDITIONAL CERTIFICATE OF REGISTRATION OF A CLAIM TO COPYRIGHT



THIS IS TO CERTIFY THAT THE STATEMENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER

Eu 781914

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

August 28, 2006

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America
**REGISTER OF COPYRIGHTS**

C-731 June 1999 — 10,000

Page 1

FORM E

CLASS  REGISTRATION NO.
E                 Lu  751914

DO NOT WRITE HERE

# Application for Registration of a Claim to Copyright

**In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America**

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be *signed* at line 9. For published works the application should not be submitted until after the date of publication given in line 4 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with:
(a) If unpublished, one complete copy of the work and the registration fee of $4.
(b) If published, two copies of the best edition of the work and the registration fee of $4.
Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the case of published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name .... CURTAIN CALL PRODUCTIONS, INC.
             Allan Sherman, President
Address .. 906 Chantilly Road, Los Angeles 24, Calif.

Name ....

Address ..

**2. Title:** HELLO MUDDUH, HELLO FADDUH
(Give the title of the musical composition as it appears on the copies)

"Dance of the Hours"

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U. S. Federal or State law should be stated as U. S. A.

Authors include composers of music, authors of words, arrangers, compilers, etc. If the copyright claim is based on new matter (see line 5 (b)) give information about the author of the new matter.

Name .... Allan Sherman        Citizenship .... USA
(Give legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U. S. A. Yes [X] No [ ]  Address .. 906 Chantilly Road, LA 24   Author of .... words
(State which: words, music, arrangement, etc.)

Name .... LOU BUSCH  w + L        Citizenship .... USA
(Give legal name followed by pseudonym if latter appears on the copies)   (Name of country)

Domiciled in U. S. A. Yes [X] No [ ]  Address .. 1344 N. Beverly Drive   Author of .... special musical adap-
                                    Beverly Hills, Calif.                tation & arrangement.
(State which: words, music, arrangement, etc.)

Name ....                           Citizenship ....
(Give legal name followed by pseudonym-if latter appears on the copies)   (Name of country)

Domiciled in U. S. A. Yes [ ] No [ ]  Address ....   Author of ....
(State which: words, music, arrangement, etc.)

**(NOTE: Leave all spaces of line 4 blank unless your work has been published.)**

**4. (a) Date of Publication:** Give the date when copies of this particular version of the musical composition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (NOTE: the full date (month, day, and year) must be given.)

**(b) Place of Publication:** Give the name of the country in which this particular version of the musical composition was first published.

**(NOTE: Leave all spaces of line 5 blank unless the instructions apply to your work.)**

**5. (a) Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in unpublished form, or if a substantial part of the work was previously published, check one or both of the boxes.

[ ] Previous registration          [ ] Previous publication (Public Domain melodies)

**(b) New Matter in This Version:** If you have checked either of the boxes in line 5 (a), give a brief, general statement of the nature of any substantial new matter in this version.

New matter may consist of musical arrangement, compilation, editorial revision, and the like, as well as additional words and music.

Completely new lyrics (words), musical arrangement and adaptation for Public Domain Melodies.

*Complete all applicable spaces on next page*

| CERTIFICATE OF RENEWAL REGISTRATION | | FORM RE |
|---|---|---|
|  OFFICIAL SEAL | This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.<br><br>REGISTER OF COPYRIGHTS<br>United States of America | UNITED STATES COPYRIGHT OFFICE<br><br>REGISTRATION NUMBER<br>RE 554-595<br><br>EFFECTIVE DATE OF RENEWAL REGISTRATION<br>18. NOV. 1991<br>(Month) (Day) (Year) |

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions)

1. Name: Nita Stricklans Bush
   Address: 148 Calle Bella Vista Camarillo, CA  93010
   Claiming as: Widow of The Author of Music  Louis F. Bush   ( aka Louis Busch)*

2. Name: Deborah Bush Gervasi
   Address: 148 Call Bella Vista Camarillo, CA  93010
   Claiming as: Child of The Deceased Author of Music Louis F. Bush (aka Louis Busch) *

3. Name:
   Address:
   Claiming as:

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

HELLO MUDDUH, HELLO FADDUH

**RENEWABLE MATTER:**

NM: WORDS, ARR. & ADAPTATION

04686757 / 04686757

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial give: Vol.        No.        Issue Date

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

W Allan Sheman, M (Appl States: Special Music Adaptation & Arr.) Lou Busch

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| EU781914 | Curtain Call Productions, Inc. |

ORIGINAL DATE OF COPYRIGHT:
* If the original registration for this work was made in published form, give:      OR      * If the original registration for this work was made in unpublished form, give: Jul 29 63
DATE OF PUBLICATION (Month) (Day) (Year)        DATE OF REGISTRATION (Month) (Day) (Year)

6. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:
Name ...Allan Sherman... Address ...906 Chantilly Road, L.A. 24..

8. Send certificate to:

(Type or print name and address)
Name ...Allan Sherman...
Address ...906 Chantilly Road...
(Number and street)
...Los Angeles... ...24... ...California...
(City) (Zone) (State)

9. **Certification:** (NOTE: Application not acceptable unless signed)
I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Allan Sherman*
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A — Form A—Published book manufactured in the United States of America.
Class A or B — Form A-B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
Form A-B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.
Class B — Form B—Periodical manufactured in the United States of America.
Form BB—Contribution to a periodical manufactured in the United States of America.
Class C — Form C—Lecture or similar production prepared for oral delivery.
Class D — Form D—Dramatic or dramatico-musical composition.
Class E — Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.
Class F — Form F—Map.
Class G — Form G—Work of art or a model or design for a work of art.
Class H — Form H—Reproduction of a work of art.
Class I — Form I—Drawing or plastic work of a scientific or technical character.
Class J — Form J—Photograph.
Class K — Form K—Print or pictorial illustration.
Form KK—Print or label used for an article of merchandise.
Class L or M — Form L-M—Motion Picture.

Form R—Renewal copyright.
Form U—Notice of use of copyrighted music on mechanical instruments.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
JUL -9 1963    JUL 29 1963

One copy received
JUL -9 1963

Two copies received

Fee received
2423 JUL-9'63

Renewal
RE 551-205    RE 554-595

```
* Amended by C.O. on authority of telephone
  call to Ms. Marzano on 12/11/91.

      DC   554-595
```

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV 18 1991 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).  **⑤ Renewal for Group of Works**

Entries 1–7: Title of Contribution / Title of Periodical / Date of Publication (Month)(Day)(Year) / Vol. / No. / Issue Date / Registration Number — all blank.

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: THE SONGWRITERS GUILD OF AMERICA
Account Number: 057851

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name:
Address: (Apt.) (City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Nita Strickland Bush** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Letty Marzano*
Typed or printed name: Letty Marzano
Date: November 1991

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**
THE SONGWRITERS GUILD OF AMERICA (Name)
276 FIFTH AVENUE, ROOM 306 (Number, Street and Apartment Number)
NEW YORK, NEW YORK 10001 (City)(State)(ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

October 1983—50,000     U.S. GOVERNMENT PRINTING OFFICE: 1983—262-308 8