FILED
DECEMBER 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 07 C 6843

Anthony Gottlieb, Trustee of the Nita Strickland Bush Estate
Trust and Administrator of Burning Bush Music
v.
DDB Chicago, Inc. and
Capital One Financial Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anthony Gottlieb, Trustee of the Nita Strickland Bush Estate Trust and Administrator of Burning Bush Music

DAJ                           JUDGE GOTTSCHALL
                              MAGISTRATE JUDGE BROWN

| | |
|---|---|
| NAME (Type or print) William L. Niro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ William L. Niro | |
| FIRM Niro, Scavone, Haller & Niro | |
| STREET ADDRESS 181 W. Madison Street, Suite #4600 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 2055058 | TELEPHONE NUMBER (312) 236-0733 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐