# Affidavit of Process Server

*Anthony Gottlieb et al.* vs *DDB Chicago, Inc. et al.* 07C6843

D.M. Hester, Sr.

PLAINTIFF/PETITIONER      DEFENDANT/RESPONDENT      CASE #

Being duly sworn, on my oath, I _____
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served *Capital One Financial Corp.*

NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ *Summons and Complaint*

by serving (NAME) *Meda Sterrett at R/A Corporation Svc. Co.*

at ☐ Home _____

☒ Business *11 South 12th St., Richmond VA*

☐ on (DATE) *12-12-07* at (TIME) *1:05 pm*

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____.

**Manner of Service:**

☒ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____

           DATE TIME         DATE TIME

( )_____ , ( )_____ , ( )_____

   DATE TIME       DATE TIME       DATE TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| ☒ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois     County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this *13th* day of *Dec* , *2007*

NOTARY PUBLIC

Donna F. Hester, Notary Public
Commonwealth of Virginia
Registration ID #237445

**NARPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

144670-1

## CERTIFICATE
## OF
## CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the ~~Commonwealth of Virginia, does hereby certify that:~~

2.    (a)    It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

(b)    Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

(c)    The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are: ____

| | | |
|---|---|---|
| Beverley L. Crump | Rene Nordquist | Meda Sterrett |
| Heather Daniels | Nicole T. McCallum | Janet Torrance |
| Linda B. Liles | Kate Nordquist | Amy Tarker |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this ____ day of March 2007.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 5TH day of March 2007, by George A. Massih III.

My Commission Expires: ____8-5- 2008____

Notary Public
**JANET B. WOZNICKI**
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Anthony Gottlieb, Trustee of the Nita Strickland
Bush Estate Trust and Administrator of Burning
Bush Music,

V.

DDB Chicago, Inc. and Capital One Financial
Corporation,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

# 07 C 6843

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

Capital One Financial Corporation.
C/O Registered Agent
Corporation Service Company
11 S. 12th Street
PO Box 1463
Richmond, VA  23218-0000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Niro
Niro, Scavone, Haller & Niro
181 W. Madison Street - #4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**December 5, 2007**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
        Date                    *Signature of Server*


        _____
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.