# Affidavit of Process Server

**Anthony Gottlieb** vs **DDB Chicago Et al. 07C6843**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **AARON Willoughby** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **DDB Chicago Inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents), ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons and Complaint**

by serving (NAME) **Dale Brown Secretary Authorized by Atty DL Weinstein To Accept Service**

☒ Business **225 W Wacker Dr Chicago IL Ste 2800**
on (DATE) **12-19-07**      at (TIME) **2:27 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely **Dale Brown**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ ( )_____
                                                    DATE  TIME      DATE  TIME
( )_____ ( )_____ ( )_____
  DATE TIME   DATE TIME   DATE TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☒ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☐ Brown Hair    ☐ Balding       ☐ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☒ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY **Aaron Willoug**
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this **19** day of **December**, 20 **07**

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Anthony Gottlieb, Trustee of the Nita Strickland Bush Estate Trust and Administrator of Burning Bush Music,

V.

DDB Chicago, Inc. and Capital One Financial Corporation,

CASE NUMBER: **07 C 6843**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

DDB Chicago, Inc.
C/O Registered Agent
David L. Weinstein
225 W. Wacker Drive - #2800
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William L. Niro
Niro, Scavone, Haller & Niro
181 W. Madison Street - #4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

December 5, 2007

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ [Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and] discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.