**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Anthony Gottlieb, et al.
                        Plaintiff,

v.                                                    Case No.: 1:07−cv−06843
                                                    Honorable Joan B. Gottschall

DDB Chicago, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge Joan B. Gottschall : Status hearing set for 2/6/2008 is stricken and reset to 2/20/2008 at 09:30 AM by request of Attorney William Niro with the agreement of opposing counsel via telephone. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.