IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GOTTLIEB, Trustee of the NITA STRICKLAND BUSH ESTATE TRUST and Administrator of BURNING BUSH MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>DDB CHICAGO, INC., and CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendants. | Case No.  07 C 6843<br><br><br>Hon. Joan B. Gottschall<br>Magistrate Judge Geraldine Soat Brown |

### JOINT REPORT OF PARTIES' RULE 26(f) CONFERENCE

1. **MEETING**

   Pursuant to Fed. R. Civ. P. 26(f), a conference was held telephonically on Friday, February 25, 2008. Participating in the meeting were Ronald Y. Rothstein, Brian L. Heidelberger and Bryna J. Dahlin on behalf of Defendants, and William L. Niro on behalf of Plaintiffs.

2. **RULE 26(A)(1) DISCLOSURES**

   The parties shall exchange initial Rule 26(a)(1) disclosures on February 29, 2008. The parties agree that documents referenced by the Rule 26(a)(1) disclosures will be exchanged as soon as practicable after the disclosures are made.

3. **PRE-TRIAL SCHEDULE**

   The parties propose the following pre-trial schedule:

   A.  Discovery shall commence with the exchange of initial Rule 26(a)(1) disclosures on February 29, 2008.

   B.  Fact Discovery shall close on August 31, 2008.

   C.  Plaintiffs shall disclose any expert reports by September 30, 2008.

   D.  Defendants shall disclose any expert reports by October 30, 2008.

    E.    Expert discovery shall close November 31, 2008.

4. **DISCOVERY LIMITATIONS**

The parties do not anticipate the need to exceed the limitations on the number of depositions and interrogatories set forth in Fed. R. Civ. P. 30 and 33.

5. **ELECTRONIC DISCOVERY**

The parties have preservation steps in place to preserve any relevant electronic discovery in this case.

6. **PRIVILEGED DOCUMENTS**

The inadvertent production of documents protected by the attorney-client privilege or work product doctrine shall not be deemed a waiver by of privilege by that fact alone and such documents shall be returned to the producing party.


Dated:  February 19, 2008           Respectfully Submitted,

*DDB Chicago, Inc. and Capital One Financial Corporation*

/s/    Ronald Y. Rothstein

Ronald Y. Rothstein
Bryna J. Dahlin
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
(312) 558-5600
Fax (312) 558-5700
rrothstein@winston.com
bdahlin@winston.com

*Anthony Gottlieb, Trustee of the Nita Strickland Bush Estate Trust and Administrator of Burning Bush Music*

/s/    William L. Niro

William L. Niro
Niro, Scavone, Haller & Niro

        181 W. Madison St., Suite 4600
        Chicago, IL 60602-4515
        (312) 236-0733
        fax (312) 236-3137
        wniro@nshn.com

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 19, 2008, the foregoing JOINT REPORT OF PARTIES' RULE 26(f) CONFERENCE was filed electronically with the Clerk of the Court using the ECF system, and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to the following registered parties, which constitutes service of same, and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D):

William L. Niro
Niro, Scavone, Haller & Niro
181 W. Madison St., Suite 4600
Chicago, IL 60602-4515
(312) 236-0733
fax (312) 236-3137
wniro@nshn.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bryna J. Dahlin

CHI:2025244.3