UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Anthony Gottlieb, et al.
                     Plaintiff,

v.                                              Case No.: 1:07−cv−06843
                                                      Honorable Joan B. Gottschall

DDB Chicago, Inc., et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 2/20/2008 and continued to 4/23/2008 at 09:30 AM. The court adopts the Joint Report of Parties' Rule 26(f) Conference [13]. Rule 26(a)(1) disclosures shall be exchanged by 2/29/2008. Fact discovery ordered closed by 8/31/2008. Plaintiffs shall disclose any expert reports by 9/20/2008. Defendants shall disclose any expert reports by 10/30/2008. Expert discovery ordered closed 11/31/2008. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.