IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GOTTLIEB, Trustee of the NITA STRICKLAND BUSH ESTATE TRUST and Administrator of BURNING BUSH MUSIC, | : : : **Case No.: 07 C 6843** |
| Plaintiffs, | : |
| v. | : Hon. Joan B. Gottschall<br>Magistrate Judge Geraldine Soat Brown |
| DDB CHICAGO, INC., and CAPITAL ONE FINANCIAL CORPORATION, | : |
| Defendants. | : |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, April 4, 2008 at 9:30 a.m. the undersigned shall appear before the Honorable Judge Joan B. Gottschall in the courtroom assigned to her in Federal Courthouse 219 South Dearborn Street, Chicago, Illinois 60604, and then there present Agreed Motion for Confidentiality and Protective Order a copy of which accompanies this Notice.

Respectfully submitted,

__/s/ Ronald Y. Rothstein_____
Ronald Y. Rothstein
Bryna J. Dahlin
Eric L. Broxterman
Andrea L. Niemeier
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 (Tel)

_/s/ William L. Niro_(by consent)
William L. Niro
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-1097

Attorneys for Defendants

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

       The undersigned certifies that he caused a true and correct copy of the attached **Notice of Agreed Motion for Confidentiality and Protective Order** to be served on the following via electronic and messenger.

William L. Niro
Niro, Scavone, Haller & Niro
181 W. Madison St., Suite 4600
Chicago, IL 60602-4515
(312) 236-0733
fax (312) 236-3137
wniro@nshn.com

By:   /s/ Ronald Y. Rothstein
rrothstein@winston.com
Winston & Strawn LLP
Ronald Y. Rothstein
Bryna J. Dahlin
Andrea L. Niemeier
35 W. Wacker Dr.
Chicago, IL 60601
(312)558-5600
Attorneys for Plaintiff