IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GOTTLIEB, Trustee of the NITA STRICKLAND BUSH ESTATE TRUST and Administrator of BURNING BUSH MUSIC, | : <br> : <br> : <br> : **Case No.: 07 C 6843** |
| Plaintiffs, | : <br> : Hon. Joan B. Gottschall |
| v. | : Magistrate Judge Geraldine Soat Brown |
| DDB CHICAGO, INC., and CAPITAL ONE FINANCIAL CORPORATION, | : |
| Defendants. | : <br> : |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that on Thursday, April 10, 2008 at 9:30 a.m. the undersigned shall appear before the Honorable Judge Joan B. Gottschall in the courtroom assigned to her in Federal Courthouse 219 South Dearborn Street, Chicago, Illinois 60604, and then there present Agreed Motion for Confidentiality and Protective Order a copy of which accompanies this Notice.

                 Respectfully submitted,

| | |
|---|---|
| __/s/ Ronald Y. Rothstein_____ | _/s/ William L. Niro_(by consent) |
| Ronald Y. Rothstein | William L. Niro |
| Bryna J. Dahlin | NIRO, SCAVONE, HALLER & NIRO |
| Eric L. Broxterman | 181 W. Madison St., Suite 4600 |
| Andrea L. Niemeier | Chicago, IL 60602 |
| WINSTON & STRAWN LLP | Telephone: (312) 236-0733 |
| 35 West Wacker Drive | Facsimile: (312) 236-1097 |
| Chicago, Illinois 60601 | |
| (312) 558-5600 (Tel) | |
| | |
| Attorneys for Defendants | Attorney for Plaintiff |

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that he caused a true and correct copy of the attached **Agreed Motion for Confidentiality and Protective Order** to be served on the following via electronic mail and messenger.

William L. Niro<br>
Niro, Scavone, Haller & Niro<br>
181 W. Madison St., Suite 4600<br>
Chicago, IL 60602-4515<br>
(312) 236-0733<br>
fax (312) 236-3137<br>
wniro@nshn.com

By:   /s/ Ronald Y. Rothstein<br>
rrothstein@winston.com<br>
Winston & Strawn LLP<br>
Ronald Y. Rothstein<br>
Bryna J. Dahlin<br>
Andrea L. Niemeier<br>
35 W. Wacker Dr.<br>
Chicago, IL 60601<br>
(312)558-5600<br>
Attorneys for Plaintiff