Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6843 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Gottlieb vs. DDB Chicago, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff, Anthony Gottlieb and Defendants DDB Chicago, Inc. and Capital One Financial Corp agreed motion for confidentiality and protective order [15] is granted. Enter Agreed Confidentiality and Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | RJ |
|---|---|---|