UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Anthony Gottlieb, et al.
                Plaintiff,

v.                                            Case No.: 1:07−cv−06843
                                                     Honorable Joan B. Gottschall

DDB Chicago, Inc., et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Geraldine Soat Brown for the purpose of holding proceedings related to: settlement conference. (rj, )Mailed notice.

Dated: April 23, 2008

                                                                           /s/ Joan B. Gottschall

                                                                        United States District Judge