**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Anthony Gottlieb, et al.
                        Plaintiff,

v.                                                  Case No.: 1:07−cv−06843
                                                Honorable Joan B. Gottschall

DDB Chicago, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: At the court's direction, settlement conference previously set for 07/17/08 at 1:30 p.m. is stricken and reset to 07/17/08 at 2:00 p.m.Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.