IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GOTTLIEB, Trustee of the NITA STRICKLAND BUSH ESTATE TRUST and Administrator of BURNING BUSH MUSIC<br><br>Plaintiffs,<br><br>v.<br><br>DDB CHICAGO, INC., and CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendant(s). | Case No. 07 C 6843<br><br>Honorable Joan B. Gottschall<br>Magistrate Judge Geraldine Soat Brown |

## STIPULATION TO DISMISS

Plaintiffs, ANTHONY GOTTLIEB as Trustee and on behalf of the NITA STRICKLAND BUSH ESTATE TRUST and as Administrator of BURNING BUSH MUSIC, and defendants, DDB CHICAGO INC., and CAPITAL ONE FINANCIAL CORPORATION state that they have entered into a final Confidential Synchronization License and General Settlement Release to resolve claims made in this action and, based upon that agreement, hereby stipulate as follows:

    1.    The parties have entered into a Confidential Synchronization License and General Settlement Release.

    2.    This action, and all claims, defenses and counterclaims asserted in the above action by or against the parties, are hereby dismissed with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(2).

    3.    Each party shall bear his, her or its own costs and attorneys' fees.

**AGREED TO AND ACCEPTED BY:**

| | |
|---|---|
| */s/ William L. Niro* | */s/ Bryna J. Dahlin* |
| William L. Niro | *signed with permission* |
| NIRO, SCAVONE, HALLER & NIRO | Bryna J. Dahlin |
| 181 West Madison, Suite 4600 | Ronald Y. Rothstein |
| Chicago, Illinois 60602 | Andrea L. Niemeier |
| Tel: (312) 236-0733 | WINSTON & STRAWN L.L.P. |
| ***Attorney for Plaintiff*** | 35 W. Wacker Drive |
| | Chicago, IL 60601 |
| | (312) 558-5600 |
| | ***Attorneys for Defendants*** |

2

Anthony Gottlieb, et al v. DDB Chicago, Inc., et al
Case No. 07-C-6843
Stipulation to Dismiss

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following parties:

> Bryna J. Dahlin
> Ronald Y. Rothstein
> Andrea L. Niemeier
> WINSTON & STRAWN L.L.P.
> 35 W. Wacker Drive
> Chicago, IL 60601
> (312) 558-5600
> (bdahlin@winston.com)
> (rrothstein@winston.com)
> (aniemeier@winston.com)
>
> ***Attorneys for Defendants***

_____/s/ William L. Niro_____